# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-25-00199-CV

---

## In the Interest of A.W. and K.W., Children

---

On appeal from the
474th District Court of McLennan County, Texas
Judge Nikki Mundkowsky, presiding
Trial Court Cause No. 2024-2144-6

---

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

After the notice of appeal was filed in this proceeding, the trial court granted a new trial as to one of the parties. This Court notified the parties by letter from the Clerk that it questions whether this Court has jurisdiction of this appeal if the judgment is no longer final.

On July 21, 2025, Appellant filed a motion to abate the appeal or in the alternative to dismiss the appeal without prejudice since the judgment is not presently final for purposes of appeal.

Appellant's motion to dismiss this appeal without prejudice to refiling as to any party is granted. This appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

LEE HARRIS
Justice

OPINION DELIVERED and FILED: July 24, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
Motion granted
CV06

